IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 8252
SETTLERS INN, A NEVADA LIMITED
LIABILITY COMPANY,

        Appellant,

vs.

SIERRA MADRE AT MOUNTAIN'S
PASS HOMEOWNERS ASSOCIATION,
A NEVADA NON-PROFIT DOMESTIC
CORPORATION,

        Respondent.

No. 76586

FILED

JAN 2 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____ C.J.

cc:    Hon. Timothy C. Williams, District Judge
       Law Offices of Michael F. Bohn, Ltd.
       Boyack Orme & Anthony
       Eighth District Court Clerk
       Supreme Court Law Librarian

[1]The conditional sanctions imposed on January 15, 2019, are vacated.

19-04316